UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
DIVISION

[Plaintiff], Elizabeth Evon Nichols

     Plaintiff(s),    Civil No: 3:12-ev-1889-MO

vs.

[Defendant], City of Portland, et al.   JOINT ALTERNATE DISPUTE
                 RESOLUTION REPORT
     Defendant(s).
_____/

  Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?
  ☐ Yes  ☑ No

  If not, provide an explanation:

  The parties are not ready for settlement discussions. If settlement discussions are helpful, it is likely to be after the close of expert discovery.

2. The parties propose: (*check one of the following*)

  ☐ (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

  ☐ (b)  That the court refer this case to mediation using a Court-sponsored mediator or staff mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____
_____
_____

■ (c) ADR may be helpful at a later date following completion of:

expert discovery.

☐ (d) The parties believe the court would be of assistance in preparing for ADR by:

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f) Other:

DATED: March 29, 2013      By: *Benjamin Haile*
                                Plaintiff's Attorney

                           By: /s/ David Landrum
                               Defendant's Attorney