DAVID LANDRUM, Oregon State Bar ID Number 955425
Senior Deputy City Attorney
David.Landrum@portlandoregon.gov
ROBERT YAMACHIKA, Oregon State Bar ID Number 065560
Deputy City Attorney
Rob.Yamachika@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ELIZABETH EVON NICHOLS,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF PORTLAND, JEFFREY MCDANIEL AND DORIS PAISLEY,<br><br>DEFENDANTS. | Case No.  3:12-cv-1889-MO<br><br>DEFENDANTS' AMENDED EXHIBIT LIST |

| Exhibit No. | Description | Marked | Offered | Received |
|---|---|---|---|---|
| 501. | PPB video Go Pro 074 (Defense MSJ Exhibit 4a) (100530) | | | |
| 502. | PPB video Go Pro 078 (Defense MSJ Exhibit 4b) (100700) | | | |
| 503. | PPB video Go Pro 130 (Defense MSJ Exhibit 4c) (100698) | | | |

Page 1 – DEFENDANTS' AMENDED EXHIBIT LIST

| Exhibit No. | Description | Marked | Offered | Received |
|---|---|---|---|---|
| 504. | Plaintiff Medical Records (Elizabeth Nichols' deposition Exhibit 1) (1-19) | | | |
| 505. | PPB Directive 635.10 "Crowd Control/Crowd Management" (Defense MSJ Exhibit 20) (100716-100723) | | | |
| 506. | PPB Directive 1040.00 "Aerosol Restraints" (Exhibit A to Defense MSJ Exhibit 16, Affidavit of Lt. Elmore) (100724-100727) | | | |
| 507. | Audio recording—9-1-1 call (Defense MSJ Exhibit 2) (100584) | | | |
| 508. | Audio recording—Central dispatch (Defense MSJ Exhibit 3) (100584) | | | |
| 509. | Withdrawn | | | |
| 510. | Withdrawn | | | |
| 511. | Still Photo from Go Pro 074—Elizabeth Nichols walking down middle of street (Defense MSJ Exhibit 4a(3)) | | | |
| 512. | Still Photo from Go Pro 074—Elizabeth Nichols on sidewalk with bandana covering nose and mouth (Defense MSJ Exhibit 4a(9)) | | | |
| 513. | PPB 11/17/2011 Incident Action Plan (Exhibit B to Defense MSJ Exhibit 16, Affidavit of Lt. Elmore) (100038-100040) | | | |
| 514. | Withdrawn | | | |
| 515. | Withdrawn | | | |
| 516. | Aerial view—SW 6th Avenue at SW Yamhill Street | | | |

| Exhibit No. | Description | Marked | Offered | Received |
|---|---|---|---|---|
| 517. | Short baton | | | |
| 518. | Pepper Spray | | | |
| 519. | Withdrawn | | | |

Dated: August 1, 2013.

Respectfully submitted,

*[signature]*

DAVID LANDRUM, OSB # 955425
Senior Deputy City Attorney
Telephone: (503) 823-4047
Of Attorneys for Defendants

Page 3 – DEFENDANTS' AMENDED EXHIBIT LIST