**BENJAMIN HAILE, OSB #04066**
ben@portlandlawcollective.com
**KENNETH A. KREUSCHER, OSB #066189**
kenneth@portlandlawcollective.com
Portland Law Collective LLP
1130 SW Morrison St., Suite 407
Portland, OR 97205
Tel: 503-228-1889
Fax: 503-223-4518
Attorneys for the Plaintiff

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| ELIZABETH EVON NICHOLS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF PORTLAND, JEFFREY MCDANIEL AND DORIS PAISLEY,<br><br>　　　　Defendants. | Case No.: 3:12-cv-1889-MO<br><br>AMENDED PLAINTIFF'S EXHIBIT LIST |

### PLAINTIFF'S EXHIBIT LIST

Exhibit 1 —    Photo of Elizabeth Nichols from The Oregonian.

Exhibit 2 —    Go Pro 074 Video

Exhibit 3 —    Go Pro 078 Video

Exhibit 4 —    Go Pro 130 Video

Exhibit 5 —    Photo of entrance of Chase Bank at 811 SW 6th Avenue.

Exhibit 6 —    Photo of hallway between 811 SW 6th Avenue entrance and Chase lobby.

Exhibit 7 —    Photo of Chase lobby from hallway in Exhibit 6.

Page 1 -  AMENDED PLAINTIFF'S EXHIBIT LIST

Exhibit 8 —        Photo of entrance of Chase Bank on SW Yamhill St.

Exhibit 9 —        Photo from Chase lobby to doors connecting to hallway in Exhibit 6.

Exhibit 10 —       **WITHDRAWN**

Exhibit 11 —       Officer Kristina Jones police report

Exhibit 12 —       Excerpts of Portland Police Bureau Manual

Exhibit 13 —       **WITHDRAWN**

Exhibit 14 —       (Sealed) PPB Training Material for Rapid Response Team

Exhibit 15 —       Outside In medical records for Elizabeth Nichols

Exhibit 16 —       **WITHDRAWN**

Exhibit 17 —       Snap shot of Officer Paisley striking protestor in head (from Go Pro 074)

Exhibit 18 —       Snap shot of Officer Paisley striking Elizabeth Nichols in throat with baton (from Go Pro 074)

Exhibit 19 —       Snap shot 2 of Officer Paisley striking Elizabeth Nichols in throat with baton (from Go Pro 074)

Exhibit 20 —       Snap shot of Officer Paisley grabbing Elizabeth Nichols by the hair (from Go Pro 074)

Exhibit 21 —       Snap shot of Elizabeth Nichols after being pepper sprayed (from Go Pro 074)

Exhibit 22 —       Snap shot 2 of Elizabeth Nichols after being pepper sprayed (from Go Pro 074)

Exhibit 23 —       Snap shot of Elizabeth Nichols being pepper sprayed (from Go Pro 130)

Exhibit 24 —       Snap shot 2 of Elizabeth Nichols being pepper sprayed (from Go Pro 130)

Exhibit 25 —       **WITHDRAWN**

Exhibit 26 —       **WITHDRAWN**

Exhibit 27 —   Snap shot of Sergeant McDaniel with pepper spray

Exhibit 28 —   Protestor Video 2

Exhibit 29 —   **WITHDRAWN**

Exhibit 30 —   PPB Policy 1040 Aerosol Restraints 2010

Exhibits 201 To 262  — **ALL WITHDRAWN**

DATED, this 1st day of August, 2013.

/s/ *Kenneth A. Kreuscher*

_____

Kenneth A. Kreuscher
Attorney for the Plaintiff