IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ELIZABETH EVON NICHOLS,**

        Plaintiff,

v.

**CITY OF PORTLAND, JEFFREY McDANIEL, and DORIS PAISLEY,**

        Defendants.

No. 3:12-cv-01889-MO

VERDICT FORM

### VERDICT FORM

We, the jury, being first duly empaneled and sworn to try the above-entitled case, do find our verdict as follows:

**FIRST AMENDMENT RETALIATION CLAIM AGAINST DEFENDANT McDANIEL**

1. Did Sgt. McDaniel retaliate against Ms. Nichols for engaging in speech protected under the First Amendment?

    ANSWER:    Yes _____    No ✓_____

1 – VERDICT FORM

# FOURTH AMENDMENT CLAIM FOR EXCESSIVE FORCE AGAINST DEFENDANTS PAISLEY AND McDANIEL

2. Did Officer Paisley use excessive force against Ms. Nichols in violation of her constitutional rights?

    ANSWER: Yes _____ No ✓

3. Did Sgt. McDaniel use excessive force against Ms. Nichols in violation of her constitutional rights?

    ANSWER: Yes _____ No ✓

*If you answered "Yes" to Question No. 3, proceed to Question No. 4. If you answered "No" to Question No. 3, skip Questions Nos. 4 and 5, and proceed to the instructions before Question No. 6.*

# CLAIM AGAINST THE CITY OF PORTLAND BASED ON AN UNCONSTITUTIONAL POLICY OF USING PEPPER SPRAY ON PEACEFUL PROTESTERS

4. Did the City of Portland have a policy of using pepper spray on peaceful protesters?

    ANSWER: Yes _____ No _____

*If you answered "Yes" to Question No. 4, proceed to question No. 5. If you answered "No" to Question No. 4, skip Question No. 5 and proceed to the instructions before Question No. 6.*

5. Was the City of Portland's policy the moving force behind Sgt. McDaniel's use of pepper spray on Ms. Nichols?

    ANSWER: Yes _____ No _____

## DAMAGES

*If you answered "Yes" to Questions Nos. 1 or 3, answer Question No. 6. If you answered "No" to Questions 1 and 3, skip Question No. 6 and proceed to the instructions before Question No. 7.*

6. What are the total damages, if any, sustained by Ms. Nichols as a result of the use of pepper spray by Sgt. McDaniel?

    Noneconomic: $ _____

    Nominal: $ _____

2 – VERDICT FORM

*If you answered "Yes" to Question No. 2, answer Question No. 7. If you answered "No" to Question No. 2, do not answer Question No. 7.*

7. What are the total damages, if any, sustained by Ms. Nichols as a result of the use of force by Officer Paisley?

    Noneconomic:    $_____

    Nominal:        $_____

At the conclusion of your deliberations, the presiding juror must sign this verdict form and notify the courtroom deputy clerk that you have reached a verdict.

DATED this 9th day of August, 2013

_____
Presiding Juror