UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ELIZABETH EVON NICHOLS,**     Case No.  3:12-cv-1889-MO

    **PLAINTIFF,**

  **v.**     **JUDGMENT**

**CITY OF PORTLAND, JEFFREY MCDANIEL AND DORIS PAISLEY,**

    **DEFENDANTS.**

Based on the verdict rendered in the above case on August 9, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants City of Portland, Jeffrey McDaniel and Doris Paisely, and plaintiff's claims are dismissed with prejudice.

Dated this __23__ day of __September__, 2013.

                                                /s/Michael W. Mosman
                                              HONORABLE MICHAEL W. MOSMAN
                                              United States District Judge